IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| vs. | : | |
| U-HAUL COMPANY OF PENNSYLVANIA and MIGUEL RIVERA | : | NO. 18-247-02 |

## **ORDER**

**AND NOW**, this 13th day of November, 2018, upon consideration of Defendant Miguel Rivera's Motion to Join in All Filings of Pre-Trial Motions of Co-Defendant, (Doc. No. 36), and no opposition having been filed by the Government, it is hereby **ORDERED, ADJUDGED and DECREED** that Defendant's Motion to Join is **GRANTED**. Defendant, Miguel Rivera, shall be deemed to have joined in all applicable filings and pre-trial motions filed by his Co-Defendant, U-Haul Company of Pennsylvania.

BY THE COURT:

_Robert F. Kelly_
ROBERT F. KELLY
SENIOR JUDGE